CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP 11 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH R. HARRIS,<br>    Petitioner, | Civil Action No. 7:13-cv-00413 |
| v. | **MEMORANDUM OPINION** |
| DIRECTOR, VDOC,<br>    Respondent. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

    Keith R. Harris, a Virginia inmate proceeding pro se, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, to challenge his March 2002 convictions for contracting without a license and obtaining money by fraud. However, court records indicate that petitioner previously filed a § 2254 petition concerning the same convictions in Harris v. Director, Virginia DOC, No. 1:05-cv-00095 (E.D. Va. Mar. 10, 2006). Thus, Petitioner's current petition is a subsequent one, falling under the prohibition in 28 U.S.C. § 2244(b) against a second or successive petition. Pursuant to this section, a federal district court may consider a second or successive § 2254 petition only upon specific certification from a United States Court of Appeals that the claims in the second or subsequent petition meet certain criteria. 28 U.S.C. § 2244(b). Because Petitioner has not submitted any evidence that he has obtained such certification by the Court of Appeals, I dismiss the petition without prejudice as successive. Based upon my finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied. The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Petitioner.

    ENTER: This 11th day of September, 2013.

                                    /s/ Jackson L. Kiser
                                   Senior United States District Judge