IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH R. HARRIS,<br>Petitioner, | Civil Action No. 7:13-cv-00413 |
| v. | **ORDER** |
| DIRECTOR, VDOC,<br>Respondent. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 11th day of September, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge